FILED
August 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   Case No. 2:06-cr-337 FCD
            Plaintiff,           )
                                 )   ORDER FOR TEMPORARY RELEASE
v.                               )   OF PERSON IN CUSTODY
                                 )
Philip Yu,                       )
                                 )
_____  )
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Philip Yu__ Case No. __2:06-cr-337 FCD__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_   $200,000 Unsecured Appearance Bond pending posting of Secured Appearance Bond secured by real property

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_   (Other) __PTS conditions/release__

Issued at __Sacramento, CA__ on __8/23/06__ at __3:20 p.m.__

By _____
Kimberly J. Mueller
United States Magistrate Judge