UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**


FILED
FEB 1 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California



RE: **Philip YU**
Docket Number: 2:06CR337-01
<u>**CONTINUANCE OF JUDGMENT
AND SENTENCING**</u>

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from March 16, 2007 to June 29, 2007 at 10 o'clock in the morning. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Based on the status of co-defendant cases and the ongoing investigation in this case, all parties agree a continuance is appropriate.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Teresa C. Hoffman
United States Probation Officer

**REVIEWED BY:**

Terri L. Wilkins
**Supervising United States Probation Officer**

Dated:   February 13, 2007
         Sacramento, California
         tch

Attachment

**RE:** **Philip YU**
**Docket Number: 2:06CR377-01**
<u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

cc:  Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Chris Wing, Defense Counsel
Probation Office Calendar clerk

✓ **Approved**

_____    2/15/07
EDWARD J. GARCIA
**Senior United States District Judge**    **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number: 2:06CR337-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Philip YU** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/29/2007 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/22/2007 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/15/2007 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/08/2007 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/25/2007 |