UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    Philip YU
                                      Docket Number:   2:06CR337-01
                                      **CONTINUANCE OF JUDGMENT**
                                        **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 29, 2007, to December 14, 2007, at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  Based on the status of co-defendant cases and the ongoing investigation in this case, all parties agree a continuance is appropriate.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                              Respectfully submitted,

                              /s/ Teresa C. Hoffman
                              **Teresa C. Hoffman**
                              **United States Probation Officer**

**REVIEWED BY:**              s/s Terri L. Wilkins
                  **Terri L. Wilkins**
                  **Supervising United States Probation Officer**

Dated:        May 21, 2007
                 Sacramento, California
                 TCH:rcb

Attachment

**RE:  Philip YU**
**Docket Number:   2:06CR377-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:  Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Chris Wing, Defense Counsel
Probation Office Calendar clerk


 XX  **Approved**        /s/ Edward J. Garcia                    5/23/07
                    **EDWARD J. GARCIA**
                    **Senior United States District Judge**        **Date**
      **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**                Criminal Number:  2:06CR337-01

        Plaintiff,                SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT

 vs.

**Philip YU**

        **Defendant.**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/14/2007 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/07/2007 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/30/2007 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/23/2007 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 11/09/2007 |

Rev. 05/2006
CONTINUANCE ~ TO JUDGE (EJG).MRG