UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                             RE:    Philip YU
                                    Docket Number:   2:06CR337-01
                                    **CONTINUANCE OF JUDGMENT**
                                    **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from December 14, 2007, to February 29, 2008, at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Information was discovered during preparation of the presentence report which has led defense counsel to have the defendant submit to a neuropsychological examination, for additional information to be included in the final presentence report and to aid in sentencing.  All parties have agreed a continuance is appropriate.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                            Respectfully submitted,


                       22\s\ Teresa C. Hoffman
                        Teresa C. Hoffman
                United States Probation Officer

**REVIEWED BY:**          **\s\ Karen a. Meusling**
                 Karen A Meusling
                **Supervising United States Probation Officer**

**RE:   Philip YU**
      **Docket Number:   2:06CR377-01**
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

Dated:  November 30, 2007
           Sacramento, California
           TCH:rcb

Attachment

cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Chris Wing, Defense Counsel
       Probation Office Calendar clerk


  XX   **Approved**        /s/ Edward J. Garcia               12/10/07
                           **EDWARD J. GARCIA**
                           **Senior United States District Judge**        **Date**
       **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:  2:06CR337-01 |
| Plaintiff, | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **Philip YU** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 02/29/2008 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 02/22/2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 02/15/2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 02/08/2008 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | n/a |

Rev. 05/2006
CONTINUANCE ~ TO JUDGE (EJG).MRG