UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                                  RE:    Philip YU
                                                            Docket Number:   2:06CR337-01
                                                             **CONTINUANCE OF JUDGMENT**
                                                              **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 24, 2008, to November 7, 2008, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Defense counsel filed lengthy comments concerning sentencing considerations. The government has now provided evidence which needs to be evaluated in order to complete the final report. All parties have agreed a continuance is appropriate. November 7, 2008, has been chosen as the Cantonese interpreter is already being utilized on this calendar.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                      Respectfully submitted,

                                      \s\ Teresa C. Hoffman

                                      Teresa C. Hoffman
                                      United States Probation Officer

**REVIEWED BY:**               \s\Terri L. Wilkins
                **Terri L. Wilkins**
                **Supervising United States Probation Officer**

**RE:   Philip YU**
     **Docket Number:   2:06CR377-01**
     **CONTINUANCE OF JUDGMENT AND SENTENCING**

Dated: October 9, 2008
          Sacramento, California
          TCH:rcbi

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Chris Wing, Defense Counsel
      Probation Office Calendar clerk


  __X__  **Approved**     /s/ Edward J. Garcia     10/8/08

                 **EDWARD J. GARCIA**
                 **Senior United States District Judge**    **Date**
  ____  **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:  2:06CR337-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Philip YU** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/07/2008 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/31/2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/24/2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The proposed Presentence Report shall be disclosed to counsel no later than: | n/a |

3