LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
FAX (916) 441-1575

**MEMORANDUM**

**FILED**

OCT 2 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DATE: October 29, 2008

TO: Honorable Edward J. Garcia,
Judge of the United States District Court for the Eastern
District of California

FROM: CHW

RE: United States v. Philip Yu:  **CR 06 0337 EJG**
<u>Continuance of Judgment and Sentencing</u>



Your Honor:

    Pursuant to the notification that November 7, 2008 is no longer available for the sentencing of Mr. Yu, the defense, the government and the Probation Officer request that we continue the Judgment and Sentence for Defendant Yu from November 7, 2008 at 10:00 AM to December 10, 2008 at 10:00 AM. This date has been deemed available by your Court Clerk. I am also informed that there will be a Cantonese interpreter available that day.

    With your approval, by copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court Calendar.

Respectfully Submitted

✓ Approve

____ Disapprove

Dated: 10/29/08

CHRISTOPHER H. WING

EDWARD J. GARCIA
Senior United States District Judge

Cc: Colleen Lydon – Clydon@caed.uscourts.gov
    AUSA Robert M. Twiss – Robert.twiss@usdoj.gov
    Teresa Hofman – Teresa_Hoffman@caep.uscourts.gov
    Ms. Riley-Portal – YRiley-Portal@caed.uscourts.gov

LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
FAX (916) 441-1575

PROPOSED SCHEDULE FOR DISCLOSURE OF PRESENTENCE
REPORT AND FOR FILING OF OBJECTIONS TO PRESENTENCE REPORT [PSR]

The Probation Officer and all parties shall adhere to this schedule unless it is later Modified by the Court:

| | |
|---|---|
| Judgment and Sentencing Date: | December 10, 2008 |
| Motion for Correction of PSR filed with the Court and served on the Probation Officer and opposing Counsel no later than: | December 3, 2008 |
| The PSR shall be filed with the Court and disclosed to counsel no later than: | November 26, 2008 |