LAW OFFICES OF
# CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214
Stste Bar #201384

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>PHILIP YU<br><br>        Defendant, | No. CR. 06-337 EJG<br><br>ORDER EXONERATING BAIL AND ORDER FOR RECONVEYANCE OF DEED OF TRUST |

The defendant having been sentenced on December 10, 2008, having

reported to the facility designated by the Bureau of Prisons on January 29, 2009

[Document 149], and good cause appearing therefore:

ORDERED THAT:  the deeds of trust, previously posted as security in

this matter is hereby exonerated and the Clerk of the Court or his designee is directed

to forthwith exonerate the bail posted in this matter; i.e., a deed to property – 14583

Wake Avenue, San Leandro, California 94578 and to prepare and cause to be filed any

Deed of Reconveyance as necessary to fully exonerate bail.

Date:   April 8, 2009

                                              /s/ Edward J. Garcia
                                              SR. UNITED STATES DISTRICT JUDGE